1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  GIAM M. NGUYEN, State Bar No. 229236
   Supervising Deputy Attorney General
3  QUYEN V. THAI, State Bar No. 316854
   Deputy Attorney General
4   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
5   Telephone:  (213) 269-6703
    Fax:  (916) 761-3641
6   E-mail:  Quyen.Thai@doj.ca.gov
   *Attorneys for Defendant*
7  *J. Romary*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS LEE GLEASON,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>Defendant. | 2:20-cv-00775-KJM-CKD (PC)<br><br>**ORDER ON DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>Judge: The Honorable Carolyn K. Delaney<br>Action Filed: April 15, 2020 |

Defendant J. Romary has applied *ex parte* for an order modifying the current discovery and dispositive motion deadlines. The Court finds good cause to grant the extension.

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. All forthcoming discovery and dispositive motion deadlines are extended by sixty days. Accordingly, the discovery cut-off date is extended to October 26, 2021, and the deadline to file any pretrial motion is extended to January 18, 2022.

Dated:  July 8, 2021

*/s/ Carolyn K. Delaney*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

LA2020601314

1