IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS LEE GLEASON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:20-cv-00775-KJM-CKD<br><br>**[PROPOSED]** **ORDER ON DEFENDANT'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME** |

Defendant J. Romary has applied for an extension of time in which to file an opposition to Plaintiff's motion for summary judgement. Having found good cause, IT IS HEREBY ORDERED:

1. Defendant's request for an extension of time is GRANTED; and
2. Defendant may file an opposition on or before October 28, 2021.
3. Plaintiff's reply, if any, is due 14 days after service of defendant's opposition.

Dated:  September 29, 2021

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn K. Delaney*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:20-cv-00775-KJM-CKD)