IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON,<br><br>                              Plaintiff,<br><br>         v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>                              Defendant. | 2:20-cv-00775-KJM-CKD<br><br>**[PROPOSED]** ORDER ON DEFENDANT'S *EX PARTE* APPLICATION TO MODIFY SCHEDULING ORDER<br><br>Judge:         The Honorable Carolyn K. Delaney<br>Action Filed:   April 15, 2020 |

Defendant J. Romary has applied *ex parte* for an order modifying the current deadline to conduct a deposition. The Court finds good cause to grant the extension.

IT IS HEREBY ORDERED that:

1. Defendant's motion is GRANTED;

2. The deadline to depose Plaintiff is extended to December 10, 2021; and

3. All other existing deadlines remain in force.

Dated:  October 13, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1