# UNITED STATES DISTRICT COURT

Eastern **District of** California

Thomas Lee Gleason, Jr.
             Plaintiff (s),

V.

J. Romary
             Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 2:20-cv-00775

Notice is hereby given that, subject to approval by the court, **Defendant J. Romary** (Party (s) Name) substitutes **David Tyra, Cecilia Martin** (Name of New Attorney), State Bar No. **116218, 301027** as counsel of record in place of **Quyen V. Thai (SB 316854)** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Kronick, Moskovitz, Tiedemann & Girard
Address: 1331 Garden Hwy, 2nd Floor Sacramento, California 95833
Telephone: (916) 321-4500    Facsimile: (916) 321-4555
E-Mail (Optional): cmartin@kmtg.com

I consent to the above substitution.
Date: 8/19/2022
                                      (Signature of Party (s))

I consent to being substituted.
Date: 8/9/2022
                                      /s/ Quyen Thai
                                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 8/16/2022
                                      /s/ Cecilia L. Martin
                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: August 22, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE