UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS LEE GLEASON, JR.,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILIATATION, et al.,

Defendants.

No.  2:20-cv-00775-KJM-CKD P

ORDER

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  On October 11, 2022, the district court judge adopted the undersigned Findings and Recommendations and referred the matter back for the purpose of resetting the dispositive motions deadline in this case.  ECF No. 72.

Accordingly, IT IS HEREBY ORDERED that:

1.  Any dispositive motion in this case shall be filed on or before January 30, 2023. Failure to timely oppose such a motion may be deemed a waiver of opposition to the motion. L.R. 230(l).  Unsigned affidavits or declarations will be stricken, and affidavits or declarations not signed under penalty of perjury have no evidentiary value.

2.  In light of the court's December 28, 2021 order, plaintiff is permitted to file one and only one pleading in opposition to any motion for summary judgment filed by defendant.

1

1   Plaintiff's opposition shall be filed within 21 days from the date of service of defendant's

2   summary judgment motion.[1]  Any additional pleading filed by plaintiff in violation of this court

3   order shall be stricken from the docket and subject plaintiff to the imposition of sanctions,

4   including the possible dismissal of this case.

5          3.  Defendant may file a reply within 14 days from the date of service of plaintiff's

6   opposition.

7          4.  Pretrial conference and trial dates will be set, as appropriate, following adjudication of

8   any dispositive motion, or the expiration of time for filing such a motion.

9   Dated:  October 18, 2022

10                                          _____
                                            CAROLYN K. DELANEY
11                                          UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18   12/glea0775.reset.ddl.docx

19

20

21

22

23

24

25

26

27   [1] Plaintiff is advised that he is no longer entitled to the prison mailbox rule for determining the
     filing date of his pleadings because he is not in custody.  See ECF No. 56 (notice of change of
28   address).

2