UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | No. 2:20-cv-00775-KJM-CKD P |
| Plaintiff, | |
| v. | ORDER APPOINTING LIMITED PURPOSE COUNSEL FOR SETTLEMENT |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff is warranted for the limited purpose of representing plaintiff at a settlement conference.  Calvin J. Massey has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Calvin J. Massey is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.

2. Calvin J. Massey's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.

/////

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
4. The parties are directed to contact Sujean Park within 14 days of the date of this order to arrange scheduling of the settlement conference.
5. The Clerk of the Court is directed to serve a copy of this order upon Calvin J. Massey, Law Office of Calvin J. Massey, 5170 Golden Foothill Pkwy, El Dorado Hills, CA 95762.

DATED:  August 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE