UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE GLEASON, JR., | No. 2:20-cv-00775-KJM-CKD |
| Plaintiff, | |
| v. | ORDER |
| J. ROMARY, ET AL., | |
| Defendants. | |

Plaintiff is a former state prisoner who, proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. The court found appointment of counsel for plaintiff was warranted for the limited purpose of representing plaintiff at a settlement conference. The court selected Calvin J. Massey from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose. *See* ECF No. 85. The case did not settle. *See* Mins., ECF No. 90. The court finds exceptional circumstances exist to warrant the appointment of counsel during the pendency of the remaining proceedings in this court. *See Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009). Attorney Massey has agreed to continue representation of plaintiff in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The appointment of Calvin J. Massey as pro bono counsel for plaintiff is hereby continued for the entirety of proceedings in this court.

2. A final pretrial conference is set for May 17, 2024, at 10:00 a.m. The parties shall meet and confer and file a joint status report twenty-one (21) days prior to the final pretrial

conference addressing matters the court should consider in setting a trial date. *See* E.D. Cal. L.R. 281, 282; Fed. R. Civ. P. 16.

IT IS SO ORDERED.

DATED: March 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE