UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Lee Gleason, Jr., | No. 2:20-CV-00775-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| J. Romary, et al., | |
| Defendants. | |

On March 5, 2024, the court ordered the parties to file a joint status report prior to the final pretrial conference addressing the matters the court should consider in setting a trial date. *See* Prior Order (Mar. 5, 2024) at 1–2, ECF No. 92. The parties filed a joint status report on April 24, 2024. *See* JSR, ECF No. 95. However, aside from proposing dates for trial, the report does not include any of the information required in a pretrial statement as mandated by the local rules. *See* E.D. Cal. L.R. 281, 282.

Because the lack of information provided by the parties precludes a meaningful final pretrial conference, the court hereby **vacates and continues** the final pretrial conference to July 12, 2024, at 10:00 a.m. The parties shall meet and confer and file an updated joint status report that complies with the local rules twenty-one (21) days prior to the final pretrial conference. *See* E.D. Cal. L. R. 281, 282; Fed. R. Civ. P. 16. While the court acknowledges

/////

1

plaintiff's pro bono counsel's appointment recently was continued for all purposes, future lack of compliance with the local rules may result in sanctions.  *See* E.D. Cal. L.R. 110.

IT IS SO ORDERED.

DATED:  April 30, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE