```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                  BEFORE THE HONORABLE DENA M. COGGINS
```

```
THOMAS LEE GLEASON, JR.,                No. 2:20-CV-00775-DC-CKD (PC)

        Plaintiff,

     v.                                 MINUTES

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,           Date: May 5, 2025
et al.,
        Defendants.
_____/
```

**Courtroom Deputy**:   C. Schultz

**Court Reporter**:   Maryann Valenoti

**Counsel for Plaintiff**:   Calvin Massey

**Counsel for Defendant J. Romary**:
Alec Tyra
David Tyra
(Assisted by Paralegal May Marlowe)

**JURY TRIAL** (Day 1):

9:15 a.m.    All parties present as noted above. Plaintiff, Thomas Gleason, Jr., present. Defendant, Jennifer Romary, present. Outside the presence of the prospective jurors, the court and counsel discussed preliminary matters related to trial.

9:30 a.m.    The court took a short recess to allow prospective jurors to report to the courtroom.

9:50 a.m.    Court back in session. All parties present. Prospective jurors present. Prospective jurors sworn and voir dire began.

| | |
|---|---|
| 11:15 a.m. | Prospective jurors admonished and excused for a morning break. Outside the presence of the prospective jurors, the court and counsel discussed matters related to trial. |
| 11:20 a.m. | All parties excused for a morning break. |
| 11:40 a.m. | Court back in session. All parties present. Outside the presence of the prospective jurors, the court and counsel discussed matters related to trial. |
| 11:45 a.m. | Prospective jurors present. Voir dire continued. |
| 12:15 p.m. | Prospective jurors passed for cause. The parties exercised their peremptory challenges. Prospective jurors thanked and excused in accordance with the strike sheet. |
| 12:18 p.m. | Jury sworn. The court admonished and excused the Jury until 9:00 a.m. on May 6, 2025. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 12:20 p.m. | All parties excused for a lunch break. |
| 2:05 p.m. | Court back in session. All parties present. Outside the presence of the Jury, the court and counsel discussed Motions *in Limine*, exhibits, jury instructions, and other *matters* related to trial. Defendant withdrew the Motion *in Limine* filed at document number 113. The Motions *in Limine* filed at document numbers 111, 112, and 115 were resolved as stated on the record. The court submitted the Motion *in Limine* filed at document number 114. |
| 3:10 p.m. | All parties excused for evening recess. Jury Trial (Day 2) set for May 6, 2025, at 9:00 a.m. |

**ADMITTED EXHIBITS**: N/A

**TIME IN COURT**: 3 Hours, 30 Minutes