**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE DENA M. COGGINS**


THOMAS LEE GLEASON, JR.,               No. 2:20-CV-00775-DC-CKD (PC)

      Plaintiff,

   v.                                   **MINUTES**

CALIFORNIA DEPARTMENT OF               Date: May 6, 2025
CORRECTIONS &
REHABILITATION, et. al.,

      Defendants.

_____/


**Courtroom Deputy**: C. Schultz

**Court Reporter**: Maryann Valenoti

**Counsel for Plaintiff**:   Calvin Massey

**Counsel for Defendant J. Romary**:
Alec Tyra
David Tyra
(Assisted by Paralegal May Marlowe)

**Counsel for Witness Giselle Matteson**: Karen Kiyo Lowhurst


**JURY TRIAL (Day 2)**:

  9:05 a.m.   All parties present as noted above. Plaintiff,
            Thomas Gleason, Jr., present. Defendant, Jennifer
            Romary, present. Outside the presence of the Jury,
            the court and counsel further discussed the Motion
            *in Limine* filed at document number 114, and other
            matters related to trial. The court resolved the
            Motion *in Limine* as stated on the record.

  9:15 a.m.   Jury present. The court gave Preliminary
            Instructions to the Jury.

9:30 a.m.   Mr. Massey presented Plaintiff's opening statements.

9:35 a.m.   Mr. Alec Tyra presented Defendant's opening statements.

9:40 a.m.   Plaintiff, Thomas Gleason, Jr., was sworn and testified on direct.

10:15 a.m.  Mr. Alex Tyra began his cross examination.

10:30 a.m.  Mr. Massey began his re-direct examination.

10:35 a.m.  Mr. Alex Tyra began his re-cross examination.

10:37 a.m.  Mr. Massey began his re-redirect examination.

10:40 a.m.  Witness excused. The Jury was admonished and excused for a morning break. All parties excused for a morning break.

11:00 a.m.  Court back in session. All parties present. Jury present. Plaintiff's witness, Giselle Matteson, was sworn and testified on direct.

11:15 a.m.  Mr. David Tyra began his cross examination.

11:25 a.m.  Mr. Massey began his re-direct examination.

11:30 a.m.  Mr. David Tyra began his re-cross examination.

11:35 a.m.  Witness excused. Plaintiff's witness, Michael Dunlop, was sworn and testified on direct.

12:00 p.m.  Mr. Alec Tyra advised the court that the witness would also be called in the Defendant's case-in-chief and asked for leave of court to conduct both cross and direct examination.  The court granted the request and Mr. Alec Tyra began his cross/direct examination.

12:15 p.m.  Mr. Massey began his re-direct/cross examination.

12:20 p.m.  Mr. Alec Tyra began his re-cross/re-direct examination.

12:20 p.m.  Witness excused. The Jury was admonished and excused for an afternoon break. Outside the presence of the Jury, the court and counsel discussed matters related to trial.

12:25 p.m.  All parties excused for an afternoon break.

12:40 p.m.   Court back in session. All parties present. Jury
             present. Plaintiff rested.  Defendant, Jennifer
             Schindler (formerly Jennifer Romary), was sworn and
             testified on direct. (Examination conducted by Mr.
             Alec Tyra)

12:55 p.m.   Mr. Massey began his cross examination.

1:10 p.m.    Mr. Alec Tyra began his redirect examination.

1:12 p.m.    Mr. Massey began his re-cross examination.

1:32 p.m.    Mr. Alec Tyra began his re-redirect examination.

1:33 p.m.    Mr. Massey began his re-recross examination.

1:35 p.m.    Witness excused.  The court admonished and excused
             the Jury until 9:00 a.m. on May 7, 2025.  Outside
             the presence of the Jury, the court and counsel
             discussed matters related to trial.

1:40 p.m.    All parties excused for evening recess. Jury Trial
             (Day 3) set for May 7, 2025, at 9:00 a.m.


**ADMITTED EXHIBITS:**

JX-1, JX-4, JX-5, JX-6, JX-7, JX-8, JX-9, JX-13, JX-14, JX-15


**TIME IN COURT:** 4 Hours